# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 14, 2014

### NO. 03-12-00020-CR

**Johnny Ray Barr, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 167TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN, AND FIELD
MODIFIED, AND AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment of conviction entered by the trial court on December 9, 2011. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. However, there was error in the judgment that requires correction. Therefore, the Court modifies the judgment of conviction to reflect that the "Date Judgment Entered" was December 9, 2011, and that the "Findings on Deadly Weapon" were "YES, A FIREARM." We further modify the judgment to reflect that the pleas to the "1st Enhancement Paragraph" and "2nd Enhancement/Habitual Paragraph" were "TRUE" and to reflect that the findings on the "1st Enhancement Paragraph" and "2nd Enhancement/Habitual Paragraph" were "TRUE." The Court affirms the trial court's

judgment of conviction as modified. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.